No. 384.  JOHNSON, ADMINISTRATOR, *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.

No. 503, Misc.  COLLINS *v.* HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT.  Supreme Court of California.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 390.  WIGGS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *A. K. Black* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 471.  SMITH *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.  THE CHIEF JUSTICE is of the opinion that certiorari should be granted.  *William R. Spofford* and *Charles I. Thompson, Jr.* for petitioner.  *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Wayne G. Barnett* for respondent.

No. 504.  MARTIN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.  THE CHIEF JUSTICE is of the opinion that certiorari should be granted.  *Thomas S. Weary* for petitioners.  *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Wayne G. Barnett* for respondent.

No. 88, Misc.  ELLIS *v.* WIMAN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Mac-Donald Gallion*, Attorney General of Alabama, and *John C. Tyson III*, Assistant Attorney General, for respondents.